## DONICA v. STATE.
### No. 25942.

Court of Criminal Appeals of Texas.
June 28, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon a plea of guilty before the court, a jury being waived in accordance with law, appellant was sentenced to a term of two years in the penitentiary for attempt to commit burglary.

There are no bills of exception and no statement of facts, and the proceedings are regular.

The judgment is affirmed.

Opinion approved by the Court.